Robert W. Shely, (No. 014261)
Daniel P. Crane, (No. 030623)
BRYAN CAVE LLP, #00145700
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Fax: (602) 364-7070
rwshely@bryancave.com
dan.crane@bryancave.com

Attorneys for JPMorgan Chase Bank, N.A.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LEONARD FREITAS,<br><br>           Plaintiff,<br><br>     v.<br><br>MELINDA GABLE; CHASE CREDIT CARD SERVICE,<br><br>           Defendants. | No. _____<br><br>**NOTICE OF REMOVAL** |

Defendant JPMorgan Chase Bank, N.A. named in the Complaint as "Chase Credit Card Service" removes to this Court an action pending in the County of Cochise, Arizona Justice Court Precinct #1 (No. CV2017-0033) pursuant to 28 U.S.C. § 1331 and 1332 for the reasons set out below.

1.  On March 1, 2017, Plaintiff filed an action in the Cochise County, Arizona Justice Court entitled *Freitas v. Chase Credit Card Service*, No CV2017-0033 (the "Action").

2.  A true and correct copy of the documents filed in the Cochise County Justice Court are attached hereto as Exhibit A.

3.  Chase received the Complaint on April 3, 2017.  *See* Exhibit A, p. 1.

4. Plaintiff also served with the Complaint a letter that appears to detail Plaintiff's allegations ("Letter") on April 3, 2017. *See* Exhibit B.

5. The Complaint provides only the following allegations: "Fraudult (sic), uses & claims of 'credit cards' issued by 'defendant, on order to 'damage plaintiff." Exhibit A, p. 1. The Letter provides additional allegations regarding Plaintiff's request for damages in excess of $100,000, falsified credit reporting, foreclosure issues both arising from a loan and also from credit cards, among other allegations. *See* Exhibit B.

6. Removal of this action is proper under 28 U.S.C. § 1331 because Plaintiff appears to allege a violation federal laws, namely the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*

7. Removal of this action is also proper under 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

8. Plaintiff's reference to Melissa Gamble, to the extent Ms. Gamble is a non-diverse defendant or a defendant at all, is ignored for purposes of determining diversity under the fraudulent joinder doctrine because Plaintiff fails to state a cause of action against Ms. Gamble. *See Arnett v. USAA Cas. Ins. Co.*, No. CV 11-2569-PHX-JAT, 2012 WL 993375 at *2 (D. Ariz. Mar. 23, 2012).

9. The amount in controversy exceeds $75,000 because Plaintiff specifies in the Letter that he seeks an award of damages "above ($100,000) . . .."

10. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b).

11. Bank Defendants served a copy of this Notice of Removal on Plaintiff in accordance with 28 U.S.C. § 1446(d).

12. A copy of the Notice of Removal to Federal Court has been filed with the Cochise County Justice Court in accordance with 28 U.S.C. § 1446(d), and is attached hereto as Exhibit C.

This Notice is signed pursuant to Federal Rule of Civil Procedure 11 in accordance with 28 U.S.C. § 1446(a).

813869\0556765

DATED this 3rd day of May, 2017.

BRYAN CAVE LLP

By: s/*Daniel P. Crane*
Robert W. Shely
Daniel P. Crane
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406

Attorneys for JPMorgan Chase Bank, N.A.

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2100
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

3

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2017, I electronically transmitted the foregoing document to the Clerk's office using CM/ECF System for filing and mailed a copy to:

Leonard Freitas
10190 Honeysuckle Drive
Palominas, AZ 85615


s/*Cristina Daniels*

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2100
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

4

813869\0556765