## LEONARD FREITAS
### v.
## CHASE CREDIT CARD SERVICE, et al.,

### Case No. _____

### INDEX OF EXHIBITS TO
### DEFENDANT'S NOTICE OF REMOVAL

| Exhibit | Description |
|---|---|
| A | County of Cochise Justice Court Precinct #1 Case No. CV2017-0033: |
| | Notice & Summons |
| | Plaintiff's Claim |
| B | Supporting Exhibits Submitted by Plaintiff (not part of Cochise Justice Court record) |
| C | Notice of Removal Filed in County of Cochise Justice Court Precinct #1 |

# EXHIBIT A

# COUNTY OF COCHISE JUSTICE COURT PRECINCT #1

207 N. JUDD DRIVE • BISBEE, ARIZONA 85603 • (520) 432-9540 / 9542 / 9544

## SMALL CLAIMS DIVISION

### COMPLAINT / SUMMONS / ANSWER

CASE NO: *CV2017·0033*

| *Plaintiff:* | *Defendant:* |
|---|---|
| Leonard Freitas | MELINDA   GAMBLE |
| NAME | NAME |
| 10190  Honeysuckle Drive | CHASE  CREDIT  CARD  SERVICE |
| ADDRESS | ADDRESS |
| PALOMINAS                         AZ    85615 | P.O. BOX  17280 |
| CITY   Phone/520-234-2486   ZIP   PHONE | CITY  WILMINGTON DE 19886   ZIP   PHONE |

### NOTICE & SUMMONS

To the above named defendant:  You are directed to answer within twenty (20) days the claim of the Plaintiff in the Small Claims Division of the Court cited above.  If you do not appear and defend you run the risk of having an appropriate judgment entered against you.  If you wish to defend against the Plaintiff's claim, you must pay a fee of ____*29.00*____ at the time you file your answer.

*3·1·2017*
DATE

_____
CLERK, SMALL CLAIMS DIVISION

### PLAINTIFF'S CLAIM

The Defendant owes me $ _3,500._ for the following reasons:  FRAUDULT,USES & CLAIMS OF "CREDIT CARDS"ISSUED BY "DEFENDANT,ON ORDER TO "DAMAGE PLAINTIFF

*3\1\17*
DATE

_____
PLAINTIFF'S SIGNATURE

***NOTICE TO DEFENDANT:*** If you contest the claim, you must complete the Answer below and file it in the Small Claims Division of the Court named above within twenty (20) days of the date of service.

### DEFENDANT'S ANSWER

I do not owe the Plaintiff because: _____

_____

_____

_____
DATE

_____
DEFENDANT'S SIGNATURE

***WARNING:*** You do not have the right to appeal the decision of the hearing officer or the Justice of the Peace in Small Claims Court.  If you wish to preserve your right to appeal, you may have your case transferred to the Justice Court pursuant to section 22-504, Section A, if you request such transfer, this must be done at least _____ days prior to the day of the scheduled hearing.

*Plaintiff:*   **CERTIFICATE OF SERVICE BY MAILING**

I, LEONARD FREITAS , Plaintiff in this action, certify that a copy of this form was sent by registered / certified mail, return receipt requested, to the Defendant named above at his above listed address on the ____1ST____ day of MARCH , 20 17 .

_____
PLAINTIFF'S SIGNATURE

*Defendant:*   **CERTIFICATE OF SERVICE BY DEFENDANT**

I, _____, Defendant in this action, certify that I have mailed or delivered a copy of my answer to the above-named Plaintiff at the stated address.

_____
DATE

_____
DEFENDANT'S SIGNATURE

## NOTIFICATION TO PARTIES
### *NOTIFICACIÓN A LAS PARTES*

The Cochise County Local Rules and Arizona Rules of Civil Procedure (ACRP) require information and evidence (disclosure) to be exchanged between the parties before the scheduled hearing or trial.  No fewer than five (5) days before the arbitration hearing or mediation or forty (40) days after an answer is filed, whichever is earlier, each party shall disclose (deliver) in writing to every other party:

*Las Reglas Locales del Condado de Cochise  y las Reglas de Procedimiento Civil de Arizona (ACRP) requieren que la información y la evidencia (revelación) sean intercambiadas entre las partes antes de la audiencia o el juicio programado.  No menos de cinco (5) días antes de la audiencia de arbitraje o de mediación o cuarenta (40) días después de que se presente la respuesta, cual sea antes, cada parte revelará (entregaré) por escrito a cada una de las otras partes:*

(1)   The facts you believe support your claim or defense.
       *Los hechos que usted cree apoyan su reclamación o defensa.*
(2)   The names, addresses, and telephone numbers of any person you will call as a witness at trial or the hearing and a brief description of each witnesses expected testimony.
       *Los nombres, direcciones y números telefónicos de cualquier persona que usted vaya a llamar  como testigo en el juicio o en la audiencia y una breve descripción del testimonio que se espera de cada testigo.*
(2)   Copies of the documents you intend to offer into evidence in support of your claim or defense.
       *Copias de los documentos que usted intenta poner en evidencia para respaldar su reclamación o para su defensa*
(3)   Any other legal issues that you want the trier of fact (i.e., the judge or arbitrator) to know and which may affect the final decision.
       *Cualquier otro asunto legal que usted quiera que el juzgador de los hechos (ej, el juez o el árbitro) sepa y cual pueda afectar la decisión final.*

The duty to disclose information and evidence applies in Justice Court and arbitration cases.  For parties participating in arbitration, documents may be admitted into evidence according with Cochise County Local Rule 12.2 (G)(6)(i-j), which is PRINTED ON THE REVERSE SIDE OF THIS NOTIFICATION AND WARNING.

*La responsabilidad de revelar la información y la evidencia se aplica en el Juzgado y en casos de arbitraje.  Para las partes que participen en arbitraje, los documentos se pueden admitir en  evidencia de acuerdo con la Regla Local del Condado de Cochise 12.2 (G)(6)(i-j), cual está en LETRA DE MOLDE AL INVERSO DE ESTA NOTIFICACIÓN Y ADVERTENCIA.*

### WARNING: (*ADVERTENCIA:*)

IF YOU DO NOT DISCLOSE THE INFORMATION AND EVIDENCE BEFORE THE TRIAL OR HEARING, ANY OR ALL OF THE FOLLOWING MAY OCCUR:
*SI USTED NO REVELA LA INFORMACIÓN Y LA EVIDENCIA ANTES DEL JUICIO O LA AUDIENCIA, CUALQUIERA O LO SIGUIENTE PUEDE PASAR:*

(1)   The trier of fact (judge or arbitrator) may dismiss your case or enter a judgment by default against you.
       *El juzgador de los hechos (juez o árbitro) puede retirar su caso o dictar fallo por incumplimiento en contra de usted.*
(2)   The trier of fact may prevent you from supporting or opposing certain claims or defenses.
       *El juzgador de los hechos puede  apoye o se oponga a ciertos reclamos o defensas.*
(3)   Your witness(es) may not be allowed to testify.
       *Tal vez que no se les permita a sus testigos testificar.*
(4)   You may not be permitted to use your documentary evidence.
       *Puede ser que a usted no se le permita usar su evidencia documentaria.*
(5)   You may be ordered to pay the other party's attorney's fees and costs.
       *Se le pudiera ordenar que pague los costos y honorarios del abogado de la otra parte.*

For those parties participating in arbitration hearings, the arbitrator may make a finding that you did not participate in good faith.  Unless there is a good reason why you failed to make disclosure, such a finding would prevent you from appealing the arbitrator's decision.
*Para las partes que participan en audiencias de arbitraje, el árbitro puede decidir que usted no participó en buena fe.  A menos que usted tenga una buena razón de por qué no dio revelación, tal decisión le evitaría apelar la decisión del árbitro.*

**TO THE PLAINTIFF:** You must sign a copy of this Notification as a receipt and GIVE THE SIGNED COPY TO THE COURT CLERK IMMEDIATELY AFTER YOU FILE THE CASE. You must also make sure a copy of this Notice is served on the Defendant along with the summons and complaint.
*AL DEMANDANTE: Tiene que firmar una copia de esta Notificación como recibo y DARLE UNA COPIA FIRMADA A LO A SECRETARIA DEL TRIBUNAL INMEDIATAMENTE DESPUÉS DE PRESENTAR EL CASO. Tiene que también asegurar que una copia de este Aviso sea entregado al Acusado junto con el citatorio y la queja.*

**TO THE DEFENDANT:** You must sign a copy of this Notification as a receipt and SEND OR DELIVER THE SIGNED COPY TO THE COURT CLERK WITH YOUR ANSWER.
*AL ACUSADO: Tiene que firmar una copia de esta Notificación como recibo y ENVIAR O ENTREGAR UNA COPIA FIRMADA A LA SECRETARIA DEL TRIBUNAL CON SU RESPUESTA.*

_____
Signature of party acknowledging receipt (*Firma de Reconocimiento de Recibo*)

Bisbee Justice Court #1
Court in which this matter is filed (*Juzgado donde se presenta la Causa*)

3-1-2017
Date of signature (*Fecha de Firma*)

CV2017-0033
Case number (*Número de Caso*)

Court – White     Litigant – Canary                                                                 Revised 07/11/2014

```
                    BISBEE JUSTICE COURT PREC. #1
           207 N JUDD DR.  BISBEE, AZ 85603 (520) 432-9542/9544 - CCPYM


        DATE:  03-01-2017
        TIME:  11:32:19    CHECK:           CASH:    CREDIT:    CHANGE:
   RECEIPT #:  C 000014999        $0.00           $0.00     $39.00      $0.00
 RECEIVED OF:  LEONARD  FREITAS            MEMO:
   BY CLERK:   BRISA T


CASE NUMBER              EVENT/SERVICE                    AMOUNT
--------------------     ------------------------------------     ----------------


J -0201 -CV -0020170033    5918  PYMT: SMALL CLAIMS COMPLAINT        $39.00
FREITAS VS CHASE CREDIT CARD 9
PARTY:     FREITAS LEONARD                               ----------------

                                   TOTAL RECEIPT..      $39.00
```

# EXHIBIT B

$7.71⁰
US POSTAGE
FIRST-CLASS

071S00861698
85635
00004674 1

CHECK RECEIVED

APR 03 2017

MCO PAYMENT PROCESSING



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7016 1970 0001 0062 3816

LEONARD FREITAS
0190 HAVESY SUCKLED
PARHMINUPS AZ 85615

CHASE
3415 VISION DS
Columbus OH 43219-609

**Legal Papers Served**
(New York)

APR 07 2017

R. Reznikova
Date: 4/7/17

Chase
Customer request management

APR 04 2017

☑ Inter-office Mail ☐ Certified Mail
☐ Federal Express ☐ Hand Delivery
☐ Fax ☐ U.S. Mail ☐ Email ☐ UPS
Reviewed by: ____ DH4-73C2

LEGAL ACTION,ON DEFENDANTS

PLAINTIFF LEONARD FREITAS,DEFENDANTS SHALL

BE NAMED,MORGAN CHASE COPORATION,A BANKING

CORPORATION/ THE DEFENDANTS

M. Thompson

APR 07 2017

Mail __QC __Scan

THIS CAUSE OF ACTION ON DEFENDANTS,PERTAINS TO THE"CREDIT DAMAGES

DONE WITH AN INTENT TO DAMAGE,PLAINTIFFS CREDIT,SO NO OTHER

"LENDER WOULD ASSUME"PLAINTIFFS MTG,WHEREBY,DEFENDANTS COULD

SEEK A "FORECLOSURE ON PLAINTIFFS HOME,

THE NAMED DEFENDANTS"INTENT"WAS A "FORECLOSURE,SO DEFENDANTS WITH

AN INTENT,WOULD "PROFIT

IN THIS CASE,THE DEFENDANTS ACTED WITH"INTENT TO "FORECLOSE,AND

THEN PROFIT OFF OF THE FORECLOSURE

AN "AUDIT HAS CONCLUDED,TRUE INTENT,AN NO "OVERSIGHT TOOK PLACE

BY THE NAMED DEFENDANTS.

IN THIS CASE,THE NAMED PLAINTIFF,HAS THEREFORE,HAD PUNITIVE AND

DAMAGES,RELATED DAMAGES,BY DEFENDANTS,,ABOVE($100,000),WHICH THE

COURT IS ASKED,TO AWARD PLAINTIFF,IN A RESOLUTION,FOR THE INTENT

OF NAMED DEFENDANTS/

THE PLAINTIFF,SHALL ALSO RECEIVE, ANY AND ALL,LEGAL FEES & COURT

COSTS,,ASIDE OF THE($100,000),

THIS CASE INVOLVES,WHERE DEFENDANTS,WITH INTENT,PRODUCED,AN

FILED,A "FALSEIFIED,CREDIT REPORT,,IN THE USES OF COMPUTERS,AS A

MEANS,TO THEN,PROVIDE,FALSEIFIED CREDIT REPORT,TO ALL CREDIT

REPORTING NATIONAL AGENCIES,AN CUSTOMER,ASSOCIATES/ THE "EXHIBIT

OF THE FALSIFIED CREDIT REPORT,IS PROVIDED THE COURT AS EXHIBIT

(A),WHERE EXHIBIT IS CONCLUSIVE EXHIBIT OF THIS CASE

2

IN THIS CASE,THE CUSTOMERS"LOAN"IS A FEDERAL LOAN,UNDER THE(MHAMP
MAKING HOME AFFORDABLE PROGRAM,WHERE"PROVISIONS GREATLY"DIFFER

THE(MHAMP FEDERAL PROGRAM,THE "LOANS,ONCE CUSTOMER IS"QUALIFIED,
THE"LOAN CANNOT BE ALTERED,WITH FEES & CHARGES,SAME AS"CONVENTIONAL
MTG/  IT THEN IS A "FEDERAL VIOLATION,IF LOAN IS"ALTERED,WITH FEE
CHARGES/  IN THIS CASE,THE DEFENDANTS,VIOLATED,,WHERE DEFENDANTS
WITH DEVIOUS INTENT,AN VARIOUS"SCAMS,MADE FEDERAL VIOLATIONS/
IN THIS CASE,THE DEFENDANTS,WERE A "SERVICER,OF THE(MHAMP FEDERAL
PROGRAM. IN THIS CASE,DEFENDANTS"BREACHED THEIR DUTY,AS SERVICE,
WITH DEVIOUS SCAMS,AN MISCONDUCT OF FEDERAL AN STATE,BANKING LAWS
IN ADDITION TO EXHIBIT(A)FALSIFIED CREDIT REPORT,DEFANDANTS THEN
FOLLOWEED WITH A "SCAM"WHERE THE DEFENDANTS ACCOUNTING DEPARTMENT
WENT ON A COURSE,VERY CLEVER,WHERE,ACCOUNTING DEPARTMENT,WITH AN
"INTENT"TO DAMAGE PLAINTIFFS CREDIT & CREDITABILITY. THIS WAS NOW
DONE,BY"MANIPULATIONS OF "NUMBERS""WHERE THEY WERE USED AS A TOOL
SO NUMBERS PROFILED A ONE MONTH DEFAULT/  THEN DEFANDANTS CONDUCT
OR MISCONDUCT,WAS TO THEN,REPORT ONE MONTH DEFAULT,TO NATIONAL
CREDIT REPORT AGENCIES/  THIS FEDERAL VIOLATION,DONE WITH INTENT
WAS TO DAMAGE PLAINTIFFS,CREDIT AN CREDITABILITY,ON COMPUTERS,AS
AN INTENT,SO DEFENDANTS,COULD PROFIT,OFF A FORECLOSURE PLAINTIFF
WOULD HAVE CREDIT DAMAGES,SO NO OTHER LENDER WOULD TAKE THE LOAN

THE"TOOL"  (EXHIBIT(C)
IN REALITY,THIS FEDERAL MISCONDUCT,IS SAME AS A FELONY BY THE
DEFENDANTS,DONE WITH AN INTENT,TO DAMAGE THE PLAINTIFF SO THAT
DEFANDANTS COULD SEEK A PROFIT OF A FORECLOSURE,COMPUTERS BEING
THEN LOADED,WITH FALSE ADVERSE PLAINTIFF  INFORMATION ON ALL THE
NATIONAL CREDIT REPORT AGENCIES ....

3

1   DURING THE MID(2013)PERIODS,THE US DEPARTMENT of JUSTICE,ISSUED

2   A(13 Billion Dlr,SETTLEMENT"JUDGEMENT on MORGAN CHASE,for "VARIED

3   BANK. "FEDERAL VOLATIONS,AN"SCAMS ON "CUSTOMERS"

4   THE PLAINTIFF HAD"DAMAGES,WHICH INCLUDED,CREDIT CARDS ISSUED BY

5   DEFENDANTS/ON THIS ISSUE,DEFENDANTS OFFERED,A"PAYMENT PROTECTOR"

6   PLAN,WHERE THIS"SCAM"WAS TO "ENSUR"PAYMENTS"IF CUSTOMER HAD A

7   MEDICAL DISRUPTION,NO DEFAULT OF PMTS,WOULD TAKE PLACE/FOR THIS

8   "SCAM"PLAN,CUSTOMER WAS "CHARGED($9.90)PER MONTH/  PLAINTIFF HAD

9   MEDICAL,DISRUPTION,HIP REPLACEMENT/ DEFENDANTS"DEFAULTED ON"SCAM"

10  THEN DEFENDANTS,REPORTED TO ALL NATIONAL CREDIT REPORT AGENCIES,

11  A "CUSTOMER"DEFAULT"AND THAT DEFENDANTS DID A "WRITE OFF OF$7,000

12  ON EACH CREDIT CARD

13  EXHIBIT(B)  (USDOJ)13 Billion Dlr JUDGEMENT,SETTLEMENT AGREEMENT

14  IS PROVIDED,WHICH SHOWS THE (13 Billion DLR SETTLEMENT AGREEMENT,

15  AND ON page(2) IT NAMES,THIS"SCAM"AND A (THIRD PARTY)(ASSURANT)

16  WHOM WAS COMBINED WITH"DEFENDANTS,IN CREDIT CARD "SCAM"/  THERE

17  WAS TO BE A "REIMBURSEMENT,OF PMTS,WHERE"DEFENDANTS AGAIN DEFAULT

18  PAYMENTS TO PLAINTIFF NOT ONLY DID DEFENDANTS"BREACH)THEIR DUTY

19  AS A "SERVICER,OF (MHAMP FEDERAL LOAN,THEY ALSO"BREACHED THE US

20  DEPARTMENT OF JUSTICE(SETTLEMENT AGREEMENT/

21  IN PLAINTIFFS CASE,HE HAS MADE ALL ON TIME PAYMENTS,AN HAS THEN

22  COMPLETED A FIVE YEAR CYCLE,FOR AN INCENTIVE OF($5,000)SUM THAT

23  WOULD BE DEDUCTED FROM LOAN BALANCE,FOR LIFE OF LOAN,IN 2/2017.

24  THE DEFENDANTS AGAIN"DEFAULTED,  THE($5,000)FROM US TREASURY,AN

25  GETTING IT PLACED,ON LOAN BALANCE FOR LIFE OF LOAN/  IT BECOMES

26  THEN,ANOTHER"BREACH"OF DUTY,AS A SERVICER OF (MHAMP)FEDERAL LOAN,

27  WHICH PLAINTIFF(QUALIFIED FOR IN (2011)  IT IS NOW(2017 near 7

28  YEARS,OF PUNITIVE DAMAGES TO "PLAINTIFF

4

THE PLAINTIFF HAS INITATED THIS CASE,BECAUSE OF THE FEDERAL AN

STATE,VIOLATIONS,DONE WITH AN"INTENT"TO CAUSE PLAINTIFF PUNITIVE

DAMAGES,TO PLAINTIFFS CREDIT ABILITY,SO DEFENDANTS COULD PROFIT

OFF A FORCLOSURE/

THE VERY DEVIOUS AN CLEVER MISCONDUCT,TO LOAD COMPUTERS WITH THE

ADVERSE INFORMATION,THEN REPORTING THIS TO NATIONAL CREDIT REPORT

AGENCIES,BEING FEDERAL VIOLATION,THAT HAS CONTINUED OVER A SEVEN

YEAR PERIOD

AMOUNG THE FEDERAL VIOLATIONS,DEFENDANTS,SOLD THE FEDERAL LOAN IN

2013,TO A NEW YORK   INVESTMENT FIRM   (EXHIBIT(D)

DEFENDANTS HAVE VIOLATED(MHAP)FEDERAL LOAN,BY ALTERING LOAN,ADD

ONS OF FEES AN CHARGES/  THE INITAL CONTRACT,SIGNED IN (2006)

THE TRUE LOAN BALANCE WAS($68,275/  BALANCE WAS ALTERED TO)$71,300

A DIFERENCE OF ($3,025,OWED CUSTOMER

THE FALSIFIED CREDIT REPORT,STARTED THE MISCONDUCT,FOLLOWED BY

THE (TOOL)MANIPULATIONS OF NUMBERS,TO SHOW A ONE MONTH DEFAULT

THEN REPORTING THIS ,AS A ONE MONTH DEFAULT,BECOMES NO DIFFERENT

THAN A FELONY BY DEFENDANTS TO CAUSE PUNITIVE DAMAGES TO CUSTOMER


THE NATIONAL CREDIT REPORT AGENCIES HAVE BEEN IMPLICATED BY THE

DEFENDANTS MISCONDUCT,AN ALL HAVE CONFIRMED DEFENDANTS REPORTED

THE ONE MONTH DEFAULTS,FROM TOOL NUMBER MANIPULATIONS. PLAINTIFF

HAS THEN NOTIFIED CREDIT REPORT AGENCIES,THAT THE DEFAULTS MUST

BE NOW REMOVED FROM RECORD,OF PLAINTIFFS CREDIT REPORTS,ALL BEING

PUNITIVE DAMAGES OF PLAINTIFF. ..

IN PLAINTIFFS PUNITIVE DAMAGES,THE COURT IS ASKED TO APPROVE AND

ENFORCE A '$100,000 JUDGEMENT ON DEFENDANTS,FOR FAIR PUNITIVE

DAMAGES OVER A (7)YEAR PERIOD,PLUS ANY LEGAL FEES.

1 DEFENDANTS,ARE GIVEN AN OPTION,FOR OUT OF COURT SETTLEMENT,BUT

2 PLAINTIFFS CASE,SHALL FOLLOW MTG SETTLEMENT ACT,IF ARBITRATION

3 SHALL COME

4 ALL EXHIBITS OF PLAINTIFFS CASE,ARE ENCLOSED AN PROVIDED COURT

5 FOR REVIEW

6

7

8 LEONARD FREITAS,PLAINTIFF

9 10190 HONEYSUCKLE DRIVE
PALOMINAS AZ 85615

10

11

12

13

14

15 **STATE OF ARIZONA**

16 **COUNTY OF COCHISE** } SS.

17 This instrument was acknowledged before me this 30 day of

18 March 2017 by LEONARD FREITAS

19  NOTARY PUBLIC

20

21 OFFICIAL SEAL
SYLVIA G. VALENZUELA
Notary Public-State of Arizona

22 COCHISE COUNTY
MY COMM# 501507
EXPIRES: February 9, 2030

23

24

25

26

27

28

 Experian
A world of insight

 A

Prepared for: **LEONARD FREITAS**
Date: January 20, 2015
Report number: 0253-0050-40

 *EXHIBIT* *FALSIFIED CREDIT REPORT*

Page 5 of 18

**Your accounts that may be considered negative (continued)**

**Account history** – *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.*

| | Jul14 | Jun14 | May14 | Apr14 | Mar14 | Feb14 | Jan14 | Dec13 | Nov13 | Oct13 | Sep13 | Jul13 | Jun13 | May13 | Apr13 | Mar13 | Feb13 | Jan13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AB** = Account balance ($) | | | | | | | | | | | | **DPR** = Date payment received | | | | **SPA** = Scheduled payment amount ($) | | **AAP** = Actual amount paid ($) |
| AB | 7,374 | 7,374 | 7,374 | 7,374 | 7,374 | 7,374 | 7,374 | 7,374 | 7,374 | 7,374 | 7,409 | 7,226 | 7,084 | 7,084 | 7,084 | 7,084 | 7,084 | 7,084 |
| DPR | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 |
| SPA | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | 221 | 214 | 213 | 213 | 213 | 213 | 213 | 213 |
| AAP | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

▶ *Between Jan 2013 and Jul 2014, your credit limit/high balance was $6,100*

CHASE MTG.
PO BOX 24696
COLUMBUS OH 43224
Phone number:
(800) 848-9136
Partial account number:
449366...
Address identification number:
0165292576

| | | | |
|---|---|---|---|
| **Date opened** Jan 2006 | **Type** Home Equity | **Credit limit or original amount** $75,000 | **Responsibility** Individual |
| **First reported** Oct 2010 | **Terms** 240 Months | **High balance** Not reported | **Status** Open. $403 past due as of Dec 2014. By Apr 2019, this account is scheduled to go to a positive status. |
| **Date of status** Dec 2014 | **Monthly payment** $359 | **Recent balance** $67,647 as of Dec 2014 **Recent payment** $525 | **Comment:** Loan modified under federal government plan. This item was updated from our processing of your dispute in Jan 2015. |

**Payment history**  *FALSE*  *FALSE*  *FALSE)*  *FALSE*

| 2014 | | | | | | | | | | | | 2013 | | | | | | | | | | | | 2012 | | | | | | | | | | | | 2011 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL |
| 30 | 60 | 60 | ND | ND | ND | ND | ND | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | OK | OK | OK | OK | OK | OK | 180 | 180 | 180 | 180 | 180 |

| 2010 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT |
| 150 | 90 | 180 | 150 | 90 | 60 | 90 | 60 | 30 |

*TOTALLY FALSE/ GARNISHMENT PERIOD/ CHASE OWED CUSTOMER OVER ($10,000)*

**Account history** – *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.*

| | Jan14 | Jan14 | Dec13 | Oct13 | Sep13 | Aug13 | Jul13 | Jun13 | May13 | Apr13 | Mar13 | Feb13 | Jan13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AB** = Account balance ($) | | | | | | **DPR** = Date payment received | | | | **SPA** = Scheduled payment amount ($) | | **AAP** = Actual amount paid ($) | |
| AB | 67,907 | 68,181 | 68,455 | 68,581 | 88,929 | 89,180 | 71,484 | 71,730 | 71,955 | 72,200 | 72,532 | 72,777 | 73,136 |
| DPR | Jan08 | Dec11 | Nov13 | Oct09 | Sep11 | Aug14 | Jul10 | Jun12 | May08 | Apr10 | Mar13 | Feb11 | Jan11 |
| SPA | 359 | 359 | 359 | 359 | 359 | 359 | 359 | 359 | 359 | 359 | 359 | 359 | |
| AAP | 525 | 525 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 525 | 500 | |

*← FALSE BAL*

▶ *The original amount of this account was $75,000*

*2010 to 2011 PERIOD AUTOMATIC PMTS WERE BEING MADE 2ND WED OF MONTH !*

*AT SAME PERIOD 30/60/90/120/180 DAY DEFAULTS !!*

01-1460666?

Exhibit #B

**n p r**  the two-way

america

# JPMorgan Chase Will Pay $13 Billion In Record Settlement

PAGE 2

by BILL CHAPPELL

November 19, 2013  3:03 PM



Mark Lennihan/AP

In an agreement settling many U.S. claims over its sale of troubled mortgages, JPMorgan Chase will pay a record $13 billion, in a deal announced by the Justice Department Tuesday. The plan includes a $4 billion payment for consumer relief, along with a payment to investors of more than $6 billion and a large fine.

The latest updates on this story are at the bottom of this post. We've also added a few key points to the main post.

JPMorgan Chase brought in nearly $24 billion in revenue last quarter, but it still reported a net loss of $400 million, widely attributed to legal fees. The company's settlements since January add up to at least $20 billion.

$13 billion: The investment company is expected to reach a settlement Tuesday related to its risky mortgage-backed securities.

"The settlement does not absolve JPMorgan or its employees from facing any possible criminal charges," the Justice Department says.

At $13 billion, the JPMorgan settlement is a record amount paid by one corporation to the federal government. The figure is nearly triple the $4.5 billion in fines and penalties paid by BP over the 2010 Gulf of Mexico oil spill (the BP figure doesn't include restitution and other claims made by individuals and businesses, a process that is ongoing).

**$4.5 billion:** Several days ago, the company agreed to pay investors — including 21 major institutions — for the faulty securities.

**$1 billion:** In September and October, it paid to end investigations into the botched financial transactions of traders in London that cost the company more than $6 billion.

**$389 million:** In September, the bank refunded money to 2.1 million credit-card customers and paid a fine after allegedly misleading and overcharging them.

*customer impacted*

**$300 million:** In September, it resolved an insurance lawsuit, splitting payment with Assurant Inc.

**$410 million:** In August, it settled allegations that it manipulated U.S. energy markets.

**$842 million:** In June, it agreed to forgive debt owed to it by Jefferson County, Ala., where the company's securities deals led to the county's bankruptcy in 2011.

**$8.5 billion:** In January, 10 banks, including JPMorgan, split a settlement related to wrongful home foreclosures.

**$9.2 billion:** The company's legal fees from its third quarter this year

Federal investigations continue into its hiring practices in Asia and its relationship to Bernie Madoff's financial Ponzi scheme.

-*Emily Siner*

More than half of the record settlement amount will be tax-deductible, the banking giant said in a conference call Tuesday.

"It's our understanding that the $2 billion penalty will not be tax-deductible," JPMorgan Chief Financial Officer Marianne Lake said, "but that the remaining $7 billion of compensatory payments will be deductible for tax purposes."

The historic deal has been negotiated for months, as JPMorgan and government officials looked for a satisfactory end to a string of lawsuits and investigations stemming from the financial crisis that began in 2007. The Department of Housing and Urban Development also took part in the talks, as did several states.

In announcing the deal, officials detailed how the money would be divided. Part of the $4 billion for consumers would go toward helping some homeowners whose mortgages are handled by JPMorgan. In a rare step, another share would be used to reduce blight in neighborhoods peppered by rundown and abandoned homes.

The pact requires JPMorgan to hire an independent auditor to ensure it follows those guidelines. The banking giant said Tuesday that it expects to fulfill its obligations by the end of 2017.

The settlement stems from "alleged bad behavior relating to mortgages and mortgage-backed bonds," as Marketplace reports. "These were pumped into the financial markets before the housing bubble burst — both by J.P. Morgan Chase, and by Washington Mutual, the failing savings-and-loan that J.P. Morgan bought with government encouragement in the midst of the financial crisis."

Recalling those events, the Federal Housing Finance Agency's acting inspector general, Michael P. Stephens, says in the official news release, "JPMorgan and the banks it bought securitized billions

of dollars of defective mortgages. Investors, including Fannie and Freddie Mac, suffered enormous losses by purchasing [residential mortgage-backed securities] from JPMorgan, Washington Mutual and Bear Stearns not knowing about those defects.

JPMorgan remains a potential target of several legal actions. It is still is being investigated by the U.S. Attorney's office in Sacramento. Private investors and European banks may also file claims against the company.

"Also, U.S. officials can pursue charges against some of the individuals who were involved in mortgage fraud, and they've said they might do that," NPR's Jim Zarroli told Renee Montagne on Tuesday's *Morning Edition*.

**Update at 3:45 p.m. ET: Details On The Payout**

The Justice Department has issued this breakdown of the $9 billion in the settlement that's not tied to consumer aid:

$2 billion - civil penalty to settle the Justice Department claims under the Financial Institutions Reform, Recovery, and Enforcement Act

$1.4 billion - to settle federal and state securities claims by the National Credit Union Administration

$515.4 million - to settle federal and state securities claims by the Federal Deposit Insurance Corporation

$4 billion - to settle federal and state claims by the Federal Housing Finance Agency

$298.9 million - to settle claims by the State of California

$19.7 million - to settle claims by the State of Delaware

$100 million - to settle claims by the State of Illinois

$34.4 million - to settle claims by the Commonwealth of Massachusetts

$613.8 million - to settle claims by the State of New York

### Update at 4:15 p.m. ET: JPMorgan Issues Statement

"We are pleased to have concluded this extensive agreement" with the government, JPMorgan Chairman and CEO Jamie Dimon says. "Today's settlement covers a very significant portion of legacy mortgage-backed securities-related issues for JPMorgan Chase, as well as Bear Stearns and Washington Mutual."

The company says it "is fully reserved for this settlement," implying it has cash and other savings on hand to meet the requirements. JPMorgan will finish providing relief to borrowers by the end of 2017, the company says.

The company also said it is cooperating in an "ongoing criminal investigation by the Department of Justice."

### Update at 4:45 p.m. ET: Money May Help 100,000 Borrowers

The $4 billion in relief for homeowners and borrowers "could benefit more than 100,000 borrowers," says HUD Secretary Shaun Donovan. He adds that the goal is to help "American consumers and communities hardest hit by the housing crisis."

*PAID TO STATES*

### Update at 5:05 p.m. ET: JPMorgan's Huge Litigation Reserve

"While we appreciate that the amounts in these settlements are significant," says JPMorgan Chief Financial Officer Marianne Lake, she adds that the bank has set far more money than $13 billion aside to deal with the fallout from the crisis.

The settlement represents only a fraction of JPMorgan's $23 billion litigation reserve fund, which it has called a hedge against future legal fees and judgments. That reserve was described in the bank's third-quarter corporate filings, as Lake said in a conference call held Tuesday afternoon.

Lake also clarified that the ongoing U.S. criminal investigation is into both its employees and the bank itself.

Two other interesting bits from the call:

JPMorgan "has agreed to waive indemnity rights against the FDIC and the [Washington Mutual] Receivership for any amount from the global settlement," the company says — but it has also "retained all

other contractual rights protecting it from losses relating to conduct at WaMu before its failure."

And despite the bank agreeing to the settlement, "we did not admit to a violation of law," Dimon says.

## Update at 5:15 p.m. ET: $7 billion Is Tax-Deductible

More than half of the record settlement amount will be tax-deductible, the banking giant said Tuesday.

"It's our understanding that the $2 billion penalty will not be tax-deductible," Lake said, "but that the remaining $7 billion of compensatory payments will be deductible for tax purposes."

She added that JPMorgan had planned for such an outcome in its most recent quarterly filings.

jpmorgan chase    mortgage crisis    jp morgan

older
Safety Agency Opens Probe Into Tesla Fires

newer
Beyond The Caricature: 5 Things To Know About Mayor Rob Ford

About

Subscribe

NPR News Twitter

©2014 NPR

# CHASE 🬰

| | |
|---|---|
| Customer Service | (800) 836-5656 |
| Monday - Friday | 8 a.m. - midnight (ET) |
| Saturday | 8 a.m. - 8 p.m. (ET) |
| Deaf or Hard of Hearing (TTY) | (800) 582-0542 |

www.chase.com

0000531 HTS 003 04117 D - BRE
LEONARD FREITAS
10190 S HONEYSUCKLE DR
HEREFORD, AZ 85615-9347





## Loan Overview

| | |
|---|---|
| Unpaid Principal Balance | $56,077.27 |
| Interest Rate (Until 12/31/2017) | 3.00000% |
| Escrow Balance | $435.52 |
| Prior Year Interest Paid | $1,179.66 |

## Home Equity Loan Statement

| | |
|---|---|
| Loan Number | 00416010812283 |
| Statement Period | 01-14-17 - 02-10-17 |
| Total Amount Due | $1,819.00 |
| Payment Due Date | 03/01/2017 |

*FALSE & FRAUD*

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $272.74 |
| Interest | $0.00 | $106.38 |
| Escrow (Taxes/Insurance) | $0.00 | $140.88 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$520.00** |

Your unpaid Principal Balance is not a payoff quote.  To obtain a payoff quote, please call us at (800) 836-5656.

YOUR ACCOUNT IS PAST DUE. PLEASE MAKE A PAYMENT TODAY.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $251.74 |
| Interest¹ | $129.05 |
| Escrow Payment (Taxes/Insurance) | $140.88 |
| Monthly Payment | $380.79 |
| Fees/Charges | $275.00 |
| Original Missed Payment Date | 12/01/2016 |
| Past Due Amount | $1,022.33 |
| Total Amount Due | $1,819.00 |

¹Interest is calculated based on payments being made on the due date.

## Transaction Activity Since Your Last Statement (Includes Fees/Charges)

| Post Date | Description | Charges/ Fees | Payments/ Credits | Balance Subject to a Finance Charge |
|---|---|---|---|---|
| | | | | $56,077.27 |

THIS EXHIBIT,IS BOTH A "STATE & FEDERAL BANK VIOLATION
OF A "SCAM"THAT THE CREDIT AGENCIES HAVE CONFIRMED THAT THERE
IS ,EACH MONTH,A "ADVERSE"DEFAULT"NOTICE SENT THEM BY "CHASE"

THE"CLEVER"SCAM,BEING,THAT THE"SCAM"INVOICE,IS USED AS A "TOOL"
SO THAT IT CAN BE USED,TO "DISCREDIT"CUSTOMER WITH A "DEFAULT
EACH MONTH.
CHASE,WAS GIVEN PREVIOUS "NOTICE"TO "STOP"THIS "SCAM"WHICH WAS
STARTED,YEAR AGO.

IT SHALL BE REPORTED,AS A "VERY IMPORTANT"EXHIBIT IN CUSTOMERS
CASE,AN WILL BE REPORTED TO STATE ATTORNEY GENERAL,& (DOJ)

NOT ONLY,WAS IT"DUMB",ESPECIALLY WHEN,CHASE,HAS NUMEROUS OTHER
STATE & FEDERAL VIOLATIONS,ON RECORD,IN CUSTOMERS CASE

**CHASE**

| | |
|---|---|
| Customer Service | (800) 836-5656 |
| Monday - Friday | 8 a.m. - midnight (ET) |
| Saturday | 8 a.m. - 8 p.m. (ET) |
| **Deaf or Hard of Hearing (TTY)** | (800) 582-0542 |

www.chase.com



0007162 HTS 001 04216 D - BRE
LEONARD FREITAS
PO BOX 4435
BISBEE, AZ 85603-4435

## Loan Overview

| | |
|---|---|
| Unpaid Principal Balance | $59,152 93 |
| Interest Rate (Until 12/31/2016) | 2.00000% |
| Escrow Balance | $399.29 |
| Prior Year Interest Paid | $1,224.40 |

## Home Equity Loan Statement

| | |
|---|---|
| Loan Number | 0041601 0812283 |
| Statement Period | 01-14-16 - 02-11-16 |
| **Total Amount Due** | **$1,478.16** |
| **Payment Due Date** | **03/01/2016** |

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $278.21 | $528.00 |
| Interest | $90.93 | $205.28 |
| Escrow (Taxes/Insurance) | $155.86 | $311.72 |
| Fees | $0.00 | $0.00 |
| **Total** | **$525.00** | **$1,045.00** |

Your unpaid Principal Balance is not a payoff quote. To obtain a payoff quote,
please call us at (800) 836-5656

YOUR ACCOUNT IS PAST DUE. PLEASE MAKE A PAYMENT TODAY.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $450.69 |
| Interest¹ | $64.65 |
| Escrow Payment (Taxes/Insurance) | $155.86 |
| **Monthly Payment** | **$516.34** |
| Fees/Charges | $119.14 |
| Original Missed Payment Date | 01/01/2016 |
| **Past Due Amount** | **$687.82** |
| **Total Amount Due** | **$1,478.16** |

¹Interest is calculated based on payments being made on the due date

## Transaction Activity Since Your Last Statement (Includes Fees/Charges)

| Post Date | Description | Charges/ Fees | Payments/ Credits | Balance Subject to a Finance Charge |
|---|---|---|---|---|
| 01-14-16 | Balance Forward | | | $59,431.14 |
| 01-14-16 | Beginning Interest Rate 2.0000000% | | | |
| 02-10-16 | Payment - Thank You (Principal $278.21, Interest $90.93, Escrow $155.86) | | -$525.00 | $59,152.93 |
| 02-11-16 | Required Escrow Amount | $155.86 | | |

## Important Messages

Your home equity loan includes an escrow account for property taxes and/or insurance. We've included a page with information about what to do if you receive a tax bill or need to update your insurance information.

Starting March 2016, when making a cash payment at a Chase Branch on your business or consumer accounts, be ready to show ID. For consumer accounts only  make cash payments on accounts that list your name or where you have authorization on file with Chase.  Contact us to discuss other payment options.

Choose your payment—your way: automatic payments, online and mobile bill pay, over the phone, by mail, or in person at any Chase branch. Visit **chase.com** to find a branch near you or to manage your account online.

**CHASE ◯**

Chase (OH4-7304)
3415 Vision Drive
Columbus, OH 43219-6009

May 12, 2014

*#D ANOTHER FEDERAL VIOLATION*

Leonard Freitas
Po Box 4435
Bisbee, AZ 85603

Re:   Account Number: **********2283
      Leonard Freitas

**Loan Investor**

Dear Leonard Freitas:

I am writing in response to the inquiry Chase received about the loan referenced above.

Your loan was sold into a public security managed by CPCC Delaware Business Trust and may include a number of investors.  As the servicer of your loan, Chase is authorized by the security to handle any related concerns on their behalf.  Your investor contact information is:

270 Park Avenue
New York, NY 10017
(800) 836-5656

We appreciate your business. If you have questions, please call us at the telephone number below.

Sincerely,

Chase
(800) 836-5656
(800) 582-0542 TDD / Text Telephone
www.chase.com

CC278

**Chase (Mail Code OH4-7334)**
3415 Vision Drive
Columbus, OH 43219-6009

# CHASE ⬡

September 22, 2016

000196 - 1 of 2 NSPOSRL0-Z1 J8903401 00000000XXXX
LEONARD FREITAS
10190 S HONEYSUCKLE DR
HEREFORD, AZ 85615

*[handwritten: Proof of ALL on Time Pmts]*

**The interest rate on your mortgage loan will begin to adjust annually**

Account:              **********2283
Property Address:    10190 HONEYSUCKLE DR
                     BISBEE, AZ 85603

Dear LEONARD FREITAS:

Your modification has reached the end of its fifth year, and the interest rate on your mortgage loan will begin to adjust annually on 2/1/2017.

Your interest rate will increase annually by 1% until the cap is reached. Your cap is 4.00%, which is based on the Freddie Mac weekly Primary Mortgage Market Survey (PMMS) rate for 30-year fixed-rate conforming mortgage loans, rounded to the nearest 0.125%, as of the date that the modification agreement was prepared.

Once you reach your cap, your interest rate will be fixed for the remainder of the loan.

**Here's information about your payments**
Your current monthly payment is $500.36. This includes your monthly principal and interest payment of $359.48 and a monthly escrow payment of $140.88. Your interest rate is 2.00%.

Your new monthly payment of $526.79 starting 2/1/2017, reflects the adjusted interest rate of 3.00%, as well as an increase to your escrow payment for property taxes, hazard insurance and other escrowed expenses. If your loan is a balloon loan or has a forbearance component, you could have a balance due when the loan reaches maturity.

CR36775-a

The future annual payments (with interest rate adjustments) are detailed in the chart below.

| Years | Interest Rate | Interest Rate Change Date | Monthly Principal and Interest Payment Amount | Monthly Escrow Payment Amount (if applicable) | Total Monthly Payment Amount | Payment Begins On | Number of Monthly Payments |
|---|---|---|---|---|---|---|---|
| 6 | 3.00% | 1/1/2017 | $385.91 | $140.88 | $526.79 | 2/1/2017 | 12 |
| 7+ | 4.00% | 1/1/2018 | $411.79 | $140.88 | $552.67 | 2/1/2018 | 169 |

Your monthly payment includes an escrow amount for property taxes, hazard insurance and other expenses that may be adjusted periodically as required by applicable law. This may change your total monthly payment.

**Payments and Daily Simple Interest Calculation.** Payments will be applied as of the date we receive them. Interest will accrue on a daily simple interest basis; that is, by applying the ratio of the annual interest rate over the number of the days in the year (365 or 366 in a leap year), multiplied by the principal balance, multiplied by the actual number of days the principal balance is outstanding. If you pay before or after the payment due date, the amount applied to interest and principal will vary.

For example, if you pay your monthly principal and interest payment after the due date, more of the payment will go toward interest and less toward principal. As a result, the principal may be reduced more slowly over the term of the Loan, and you could still owe principal at the Maturity Date of the Loan. All accrued and unpaid interest will be applied before any amounts are applied toward principal. At any scheduled interest rate adjustment date, your monthly payment will be adjusted to an amount necessary to repay the remaining unpaid balance of the New Principal Balance as of the interest rate adjustment date in substantially equal monthly installments of principal and interest over the remaining term of the Loan, assuming you pay on the due date. We will not accept multiple monthly payments in advance of their due date.

If you might have trouble making the adjusted payment amount, use these resources to answer questions and help you with your mortgage payments:

- The Homeowners HOPE Hotline can take your call anytime and provide you with information about the Making Home Affordable (MHA) program at 1-888-995-HOPE (1-888-995-4673).
- The U.S. Department of Housing and Urban Development (HUD) has a list of agencies that offer free mortgage-assistance and household budget counseling. For a list of agencies, call HUD at 1-800-569-4287, or at 1-800-877-8339 for TTY services, or go to hud.gov and, under the "Resources" tab, select "Foreclosure Avoidance Counseling." This hotline also offers access to free HUD-approved counseling services in English and Spanish. It is available 24 hours a day, 7 days a week.

You can send us a Notice of Error, Information Request or Qualified Written Request as part of the Real Estate Settlement Practices Act to ask for information or to dispute errors about the servicing of your mortgage loan.

To do so, send us a separate letter that describes the issue and include any supporting documents. Please mail it to our exclusive address for the receipt and handling of these requests:

Mail:                Chase
                     P.O. Box 183166
                     Columbus, OH 43218-3166

If you have any questions or concerns about your new payments or this notice, please call us at one of the numbers below Monday through Thursday from 8 a.m. to midnight, Friday from 8 a.m. to 10 p.m. and Saturday from 8 a.m. to 5 p.m. Eastern Time. We appreciate your business.

*2*   Loan Number   416010812283

**CHASE** ⬡

CHASE FULFILLMENT SERVICES
710 S ASH ST, STE 200
MS: FINAL MOD 2D  CS      07
GLENDALE, CO 80246

January 20, 2012

*(CAME UNDER AUDIT)
MAY 2014*

LEONARD FREITAS
PO BOX 4435
BISBEE, ARIZONA 85603

MHA Loan Modification Agreement
Account:  416010812283
Property Address:   10190 HONEYSUCKLE
                             BISBEE, ARIZONA 85603-4435

Dear Mortgagor(s):

JPMorgan Chase Bank, N.A. ("Chase") is writing regarding your loan modification on the above-referenced account through the Making Home Affordable (MHA) program.

We are pleased to inform you that you have completed the requirements for a permanent modification to your Loan. We have enclosed a signed copy of the Loan Modification Agreement for your records.

If you have any questions, please contact us at the number provided below. At Chase, we value you as a customer and want to ensure your continued satisfaction.

Sincerely,
Homeowner's Assistance Department
JPMorgan Chase Bank, N.A.
(866) 550-5705
(800) 582-0542 TDD Number

*QUALIFIED
2011*

Enclosures

Page 1 of 2

OP187v6

Loan Number      416010812283

**Chase**
P.O. Box 469030
Glendale, CO 80246-9030

**CHASE** ○

April 18, 2016

#6

LEONARD FREITAS
PO BOX 4435
BISBEE, ARIZONA 85603

**You may be eligible for a Treasury incentive**

| | |
|---|---|
| Account: | 416010812283 |
| Property Address: | 10190 HONEYSUCKLE DR |
| | BISBEE, ARIZONA 856034435 |

Dear LEONARD FREITAS:

You may be eligible for an incentive of $5,000.00 from the U.S. Department of the Treasury as part of the Home Affordable Modification Program (HAMP).

**Continue to make your payments on time to receive the incentive.** If the loan becomes 90 days or more past due, it will lose good standing and you'll no longer be eligible for the incentive.

If you continue to make your payments on time, we'll apply the incentive credit to your loan as a principal balance reduction on or after the sixth anniversary of your first Trial Period Plan due date.

If you have any questions, please call us at one of the numbers below Monday through Thursday from 8 a.m. to midnight, Friday from 8 a.m. to 10 p.m. and Saturday from 8 a.m. to 5 p.m. Eastern Time.

Sincerely,

Dean Cooper
Managing Director
1-866-261-9427
1-800-582-0542 TTY
www.chase.com

Esta comunicación contiene información importante acerca de la cuenta. Si tiene alguna pregunta o necesita ayuda para traducirla, comuníquese con nosotros llamando al 1-866-261-9427, de lunes a jueves de 8 a.m. a la medianoche, viernes de 8 a.m. a 10 p.m. y sábados de 8 a.m. a 5 p.m., hora del Este.



CR42900
LM070
Page 1 of 2

# EXHIBIT C

Robert W. Shely, (No. 014261)
Daniel P. Crane, (No. 030623)
BRYAN CAVE LLP, #00145700
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone:  (602) 364-7000
Fax:  (602) 364-7070
rwshely@bryancave.com
dan.crane@bryancave.com

Attorneys for JPMorgan Chase Bank, N.A.

## COUNTY OF COCHISE JUSTICE COURT PRECINCT #1
## SMALL CLAIMS DIVISION
### 207 N. Judd Drive, Bisbee Arizona 85603

| | |
|---|---|
| LEONARD FREITAS,<br><br>               Plaintiff,<br><br>      v.<br><br>MELINDA GABLE; CHASE CREDIT<br>CARD SERVICE,<br><br>               Defendants. | No.  CV2017-0033<br><br>**NOTICE OF REMOVAL** |

TO:  PLAINTIFF LEONARD FREITAS

PLEASE TAKE NOTICE that Defendant JPMorgan Chase Bank, N.A. (erroneously named herein as "Chase Credit Card Service") has filed a Notice of Removal of this action in the United States District Court for the District of Arizona this 3rd day of May, 2017.  A copy of the Notice of Removal (without exhibits) is attached to this Notice as Exhibit A and is served contemporaneously herewith.

BRYAN CAVE LLP
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
(602) 364-7000

813867\0556765

DATED this 3rd day of May, 2017.

BRYAN CAVE LLP

By: _____

Robert W. Shely
Daniel P. Crane
Two North Central Avenue, Suite 2100
Phoenix, Arizona  85004-4406

Attorneys for JPMorgan Chase Bank, N.A.

ORIGINAL of the foregoing filed
with the Clerk of the Court by sending via
Fedex this 3rd day of May, 2017.

COPY of the foregoing mailed this 3rd
day of May, 2017 to:

Leonard Freitas
10190 Honeysuckle Drive
Palominas, AZ 85615

_____

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2100
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

2

813867\0556765